# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MAXUS REALTY TRUST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 06-0750-CV-W-ODS |
| v. | ) |
| | ) Civil Action |
| RSUI INDEMNITY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE TO TAKE 30(B)(6) DEPOSITION OF CORPORATE REPRESENTATIVE OF RSUI INDEMNITY COMPANY

TO: Courtney E. Murphy
Clausen Miller P.C.
One Chase Manhattan Plaza, 39th Floor
New York, NY 10005

George E. Wolf
Douglas S. Beck
Kelly G. Bieri
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
ATTORNEYS FOR DEFENDANT
RSUI INDEMNITY COMPANY

PLEASE TAKE NOTICE that counsel for plaintiff, Maxus Realty Trust, Inc., will take the deposition of a corporate representative of defendant, RSUI Indemnity Company, pursuant to Fed. R. Civ. P. 30(b)(6), commencing at 9:30 a.m. on Monday, August 6, 2007, at the corporate headquarters of RSUI Indemnity Company, 945 East Paces Ferry Road, Suite 1800, Atlanta, Georgia 30326-1125, and will continue thereafter from day to day until complete. Said representative is to testify regarding the items listed on Exhibit A attached hereto.

Respectfully submitted,

/s/ Michael J. Abrams
Michael J. Abrams    Mo. Bar No. 42196
mabrams@lathropgage.com
LATHROP & GAGE L.C.
2345 Grand Boulevard, Suite 2500
Kansas City, MO 64108
(816) 292-2000
(816) 292-2001 FAX
ATTORNEYS FOR PLAINTIFF
MAXUS REALTY TRUST, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Courtney E. Murphy
Clausen Miller P.C.
One Chase Manhattan Plaza, 39th Floor
New York, NY 10005
(212) 805-3908
(212) 805-3939 Facsimile

George E. Wolf
Douglas S. Beck
Kelly G. Bieri
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
(816) 474-6550
(816) 421-5547 Facsimile
ATTORNEYS FOR DEFENDANT
RSUI INDEMNITY COMPANY

Date: July 20, 2007    /s/ Michael J. Abrams
Attorneys for Plaintiff

## EXHIBIT A

## SUBJECTS OF TESTIMONY

1. RSUI's understanding of the RSUI policies issued to Maxus relating to Waverly.

2. RSUI's understanding of the insurance policies issued to Maxus from First Specialty relating to Waverly.

3. RSUI's Answers to Plaintiff's Interrogatories.

4. Claim handling with respect to the Waverly Place loss.

5. The reasons for RSUI's denial of coverage.

6. Any representations made by Maxus to RSUI or to any other carrier relating to Waverly Place.

7. The factual basis regarding the affirmative defenses made by RSUI.

8. RSUI's underwriting of policy NHD340601.