1  IN THE UNITED STATES DISTRICT COURT
   FOR THE WESTERN DISTRICT OF MISSOURI
2

3

4

   MAXUS REALTY TRUST, INC.,  )
5                             )
        Plaintiff,  )
6                             )
        vs.         )Case No. 06-0750-CV-W-ODS
7                             )
   RSUI INDEMNITY COMPANY     )
8                             )
        Defendant.  )
9

10

11

12             DEPOSITION OF

13           MICHAEL P. McROBERT

14    TAKEN ON BEHALF OF THE DEFENDANT

15             JULY 31, 2007

16

17

18

19

20

21

22

23

24

25

```
1        take building one, how were the individual
2        residences listed, A, B, C or something else?
3   A.   Don't recall.  I believe it would have been a
4        building number and then an apartment letter.
5   Q.   And I may have asked this.  To your knowledge, is
6        Waverly being sold by Maxus?
7   A.   No.
8   Q.   Are there any plans to sell Waverly?
9   A.   No, there have been discussions but no plans.
10  Q.   When were those discussions held?
11  A.   Oh, sporadically over the last probably year.
12  Q.   Were any of those contained or recorded in any
13       minutes?
14  A.   No.  Well, yes, I believe the minutes of the last
15       board meeting would reflect -- actually, the
16       minutes of the last board meeting should reflect a
17       couple of things.  One, they should reflect that
18       the board turned down an opportunity to sell
19       Waverly; and, two, they authorized some
20       expenditures toward some site planning, etc.,
21       toward reconstruction.
22  Q.   Is Waverly listed with any broker, real estate
23       broker for sale?
24  A.   I don't know.
25  Q.   Who would handle that?
```

TSG Reporting - Worldwide
Case 4:06-cv-00750-ODS   Document 67-1   Filed 09/25/07   Page 2 of 5

1  A.  Well, that would be handled through the chairman
2      and in the way of a financial analyst that works
3      with him.  The person -- well, there have been
4      people approach us about the site and I don't
5      know -- I don't believe Waverly has ever been
6      formally listed with a broker, but there may have
7      been some type of letter protecting a broker if a
8      deal ever did ultimately get done.
9  Q.  Were there any written communications within Maxus
10     addressing or relating to the potential sale of
11     Waverly?
12 A.  I don't believe so.
13 Q.  And who within MPI would handle such a transaction
14     if it was undertaken?
15 A.  The chairman -- the chairman of MRTI, David
16     Johnson.
17 Q.  Is there any other individual that would be
18     responsible for the sale, leases, acquisitions of
19     property such as Waverly?
20 A.  Well, acquisitions, etc., would flow through David
21     Johnson.
22 Q.  And sales, that would flow through who, David
23     Johnson again?
24 A.  (Witness nods.)
25 Q.  Yes?

1   A.   Yes.
2   Q.   You had indicated that there were offers made for
3        Waverly?
4   A.   Yes, we have had -- my recollection today would be
5        we've had two offers to date.
6   Q.   When were those offers received?
7   A.   One sat around for a year or more. The last one
8        was in the last 60 days and was turned down by the
9        board in the last 30 days.
10  Q.   Did the first offer ever make it to the board for
11       consideration?
12  A.   It was never approved by the board.
13  Q.   What was the basis for the declination of both
14       offers?
15  A.   Just weren't sure what we were ultimately going to
16       do, whether we were going to rebuild or move on.
17  Q.   Did the amount of the offer that was made have any
18       impact on the decision of the board to your
19       knowledge?
20  A.   Not to my knowledge.
21  Q.   Do you know whether directly or indirectly through
22       discussions in Maxus whether the amount of the
23       offer played any role in the determination not to
24       sell the property?
25  A.   No.

1   Q.   Do you know of any documentation, e-mails or other
2        memoranda that would address this issue regarding
3        the potential sale of Waverly?
4   A.   Could you rephrase the question?
5   Q.   Do you know of any written document, whether it be
6        e-mail, notes or anything else, that addresses the
7        topic of potential sale of the Waverly complex?
8   A.   Not the potential sale, but there would be
9        specific documentation with regard to, as an
10       example, the offer that was turned down by the
11       board at the last board meeting.
12  Q.   And it was discussed at that board meeting?
13  A.   Yes.
14  Q.   As we sit here today, is Waverly for sale?
15  A.   Not to my knowledge.
16  Q.   As we sit here today, do you know of any plans to
17       sell Waverly?
18  A.   No.
19  Q.   Are there any future meetings scheduled or board
20       meetings scheduled to discuss the status of
21       Waverly and its potential sale?
22  A.   No.
23  Q.   As we sit here today, are there any plans to
24       perform any repair or replacement or rebuilding of
25       Waverly?