Message

# Ruggles, Jan

**From:** Cliff Chadwell [cchadwell@flagship-services.com]
**Sent:** Thursday, August 30, 2007 2:26 PM
**To:** Abrams, Michael
**Subject:** FW: Letter & Invoice

---

**From:** Jim Steinle [mailto:JSteinle@maxusprop.com]
**Sent:** Monday, December 12, 2005 5:10 PM
**To:** Cliff Chadwell
**Subject:** FW: Letter & Invoice

Cliff, I've attached Rob's suggestions - I think I explained correctly that the MEP stands for Mechanical, Electrical, and Plumbing repairs - if I'm wrong, spell it out with whatever it means. If you have any questions, please let me know.

---

**From:** Andreas, Stacy [mailto:SAndreas@LathropGage.com]
**Sent:** Monday, December 12, 2005 4:52 PM
**To:** Jim Steinle
**Cc:** Michael McRobert
**Subject:** RE: Letter & Invoice

This looks O.K., with Rob's changes and MEP spelled out, although it would not hurt to add the following at the end of the second to the last sentence after "site work": ". . . arguably related to flooding as opposed to wind damage. We have priced repairs as a result of wind damage only and no part of this cost estimate includes flood damage."

If he won't add that, it still is OK with Rob's changes.


Stacy M. Andreas
Lathrop & Gage L.C.
2345 Grand Blvd., Suite 2800
Kansas City, MO 64108
816-460-5531
Fax: 816-292-2001
sandreas@lathropgage.com

The information contained in this e-mail message and any attachments thereto ("e-mail") is sent by an attorney or an agent of the attorney and is intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, or an employee or agent responsible to deliver it to the intended recipient, you are notified that retention, dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone (816) 292-2000 or by e-mail reply, and immediately and permanently delete this e-mail message and any attachments thereto. Thank you.

WE ARE INCLUDING THE FOLLOWING SENTENCE TO COMPLY WITH TREASURY REGULATIONS. ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS OR ENCLOSURES) WAS NOT INTENDED OR WRITTEN BY THE AUTHOR TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (1) AVOIDING PENALTIES THAT MAY BE IMPOSED ON A TAXPAYER OR (2) PROMOTING, MARKETING, OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR OTHER MATTER ADDRESSED HEREIN.

FLAGSHIP00478

This e-mail (including any attachments) may contain material that (1) is confidential and for the sole use of the intended recipient, and (2) may be protected by the attorney-client privilege, attorney work product doctrine or other legal rules. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

-----Original Message-----
**From:** Jim Steinle [mailto:JSteinle@maxusprop.com]
**Sent:** Monday, December 12, 2005 4:44 PM
**To:** Andreas, Stacy
**Cc:** Michael McRobert
**Subject:** FW: Letter & Invoice

Attached is draft letter from Cliff Chadwell and a scan copy of some suggested changes from Rob Thomson. The answer to Rob's question by circling the MEP repairs is that this stands for Mechanical, Electrical and Plumbing repairs. Rob asked that Cliff write that out. Please let me know what your thoughts are and we can get the final letter.

Thanks,

Jim

---

**From:** Cliff Chadwell [mailto:cchadwell@flagship-services.com]
**Sent:** Monday, December 12, 2005 12:04 PM
**To:** Jim Steinle
**Subject:** RE: Letter & Invoice

Jim,

Attached is the draft you requested, upon your approval I will attach a copy of the scope and forward to Rob. Let me know if this works.

Cliff

---

**From:** Jim Steinle [mailto:JSteinle@maxusprop.com]
**Sent:** Thursday, December 08, 2005 3:59 PM
**To:** Cliff Chadwell
**Subject:** FW: Letter & Invoice

Any luck working on the letter?

---

**From:** Jim Steinle
**Sent:** Tuesday, December 06, 2005 3:37 PM
**To:** 'Cliff Chadwell'
**Subject:** FW: Letter & Invoice

This is whom the letter needs to be addressed to, and the invoice to be made out to. I talked to Rob and if developing the scope took about a week, an invoice for about $4,000 - $5,000 would seem to be in order.

As discussed, the letter should note that the Scope is Wind Damage only and that you took great pains to separate anything that was Flood Damage.

Thanks,

Jim

---

**From:** Rob Thomson
**Sent:** Tuesday, December 06, 2005 3:23 PM
**To:** Jim Steinle

FLAGSHIP00479

**Subject:** RE: Letter & Invoice

Robert B. Thomson, 4324 Belleview #201, Kansas City, MO. 64111; 816-421-2835

---

**From:** Jim Steinle
**Sent:** Tuesday, December 06, 2005 1:53 PM
**To:** Rob Thomson
**Subject:** Letter & Invoice

Do we want Cliff Chadwell to address the "draft" letter for the Waverly Wind Damage Scope to you as well as the Invoice? If so, I need to have the correct information again to instruct Cliff on how to address it. Thanks.

*Jim Steinle*
*Director of Construction*
*Maxus Properties, Inc.*
*Office: 816-877-0817*
*Fax: 816-221-1829*
*Cell: 816-805-8292*
*e-mail: jsteinle@maxusprop.com*

FLAGSHIP00480

Robert B. Thomson
4324 Belleview #201
Kansas City, MO 64111

December 6, 2005

Re; Waverly Wind Scope

Dear Mr. Thomson:

*[handwritten annotation: or cost estimates well ... Apartments]*

At your request, I have prepared the attached scope of work for The Waverly in Bay St. Louis, Mississippi. This scope addresses wind damages only to the property and considers only 2nd floor units, finishes, and structural repairs. Roof framing, decking, and roofing repairs are also included. The MEP repairs or replacement are for 2nd floor units only.
No consideration was given to 1st floor units, floor trusses, sub flooring, light weight concrete or any site work.
We appreciate the opportunity to submit this proposal and look forward to working with you on this project.

Best Regards,


Cliff Chadwell VP
Flagship Services Group

FLAGSHIP00481