# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| MAXUS REALTY TRUST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-0750-CV-W-ODS |
| | ) | |
| RSUI INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT RSUI'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT AND SUGGESTIONS IN SUPPORT

RSUI Indemnity Company ("RSUI") respectfully requests the Court grant RSUI leave to exceed the fifteen page limit set forth in Local Rule 7.1(f) in its Suggestions in Support of its Motion for Summary Judgment. In support of its motion, RSUI states:

1. The deadline for filing motions for summary judgment is October 19, 2007.

2. The issues at bar are complex and require significant background. RSUI's motion for summary judgment addresses several specific and detailed issues relating to the numerous involved insurance policies. RSUI cannot coherently present it arguments on these issues within the fifteen page limit set forth in Local Rule 7.1(f). If RSUI is required to present its arguments in fifteen pages or less, important facts will not be discussed and relevant legal authorities will not be examined.

3. Limiting RSUI to fifteen pages for it motion for summary judgment in this matter further fails to advance the purpose behind such motions of defining and narrowing the issues for trial, if any.

4. Accordingly, RSUI requests the Court grant it leave to exceed the page limit by ten pages, permitting RSUI's Suggestions in Support of its Motion for Summary Judgment to be twenty-five pages in length, exclusive of facts presented in accordance with Rule 56.1.

5. RSUI further requests the Court give expedited consideration to this motion as the deadline for filing motions for summary judgment is October 19, 2007.

WHEREFORE, RSUI respectfully requests the Court grant it leave to exceed the fifteen page limit set forth in Local Rule 7.1(f) in its Suggestions in Support of its Motion for Summary Judgment, permitting such suggestions to be twenty-five pages in length, exclusive of facts presented in accordance with Rule 56.1.

SHOOK, HARDY & BACON L.L.P.

By:     s/Douglas S. Beck
George E. Wolf, Mo. # 35920
Douglas S. Beck, Mo. # 49984
Kelly G. Bieri, Mo. # 59060

2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone:     (816) 474-6550
Facsimile:     (816) 421-5547

and

CLAUSEN MILLER P.C.
Courtney E. Murphy, *admitted pro hac vice*
David A. Group, *admitted pro hac vice*
One Chase Manhattan Plaza, 39th Floor
New York, New York 10005
Telephone:     (212) 805-3908
Facsimile:     (212) 805-3939

ATTORNEYS FOR DEFENDANT
RSUI INDEMNITY COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2007, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

> Michael J. Abrams, Esq.
> Lathrop & Gage L.C.
> 2345 Grand Blvd. Suite 2500
> Kansas City, Missouri 64108
> ATTORNEYS FOR PLAINTIFF
> MAXUS REALTY TRUST GROUP

s/Douglas S. Beck
Attorney for Defendant
RSUI Indemnity Company
