# Exhibit S

  

# Clausen Miller PC

CLAUSEN MILLER P.C.
CHICAGO, IL
IRVINE, CA
NEW YORK, NY
PARSIPPANY, NJ
WHEATON, IL

CLAUSEN MILLER L.L.P.
LONDON, ENGLAND

CLAUSEN MILLER EUROPE
Clausen Miller P.C.
Clausen Miller L.L.P. LONDON
Tetaud-Lambard-Jami & Associés, PARIS
Studio Legale Corapi, ROME
van Cutsem-Wittamer-Marnef & Partners, BRUSSELS

*Attorneys at Law*

One Chase Manhattan Plaza, 39th Floor • New York, NY 10005 • www.clausen.com
Tel: 212.805.3900 • Fax: 212.805.3939

Courtney E. Murphy
Direct Line:      212-805-3908
Direct Fax:      212-805-3939
Email:            cmurphy@clausen.com

October 19, 2006

Michael J. Abrams, Esq.
LATHROP & GAGE L.C.
2345 Grand Boulevard, Suite 2500
Kansas City, MO 64108

RE:      Insured:      Maxus Realty Trust
         Location:     Bay St. Louis, MS
         D/L:          August 29, 2005
         Policy #:     NHD340601
         Claim #:      7030007207
         Our File #:   16-4500-00-1

Dear Mr. Abrams:

Enclosed please find a check in the amount of $344,557.11 made payable to Maxus Realty Trust & Waverly Acquisition, LLC; Arbor Gate Acq, LLC; Freddie Mac its Suc & Assigns c/o Northmarg Capital, Inc.. Please be advised that such sum represents the undisputed portion of the insured's claim to date.

Please be advised that in accepting this check, it is expressly understood that the insured may deposit this check without prejudice to their rights in connection with this claim. It is expressly understood that both the company, RSUI Indemnity Company and the insured are operating under a complete reservation of rights pursuant to the terms of the policy and applicable law.

Should you have any questions in connection with the foregoing, please feel free to contact me directly.

Very truly yours,
CLAUSEN MILLER P.C.

By:

Courtney E. Murphy

Enclosure
CEM:mf

207761.1

The attached payment is for the following claim(s): 

| CLAIM NUMBER | ACC/SAIL DATE | INSURED/CLAIMANT/CONVEYANCE | AMOUNT |
|---|---|---|---|
| 703000720700 | 8/29/2005 | Maxus Realty Trust | $344,557.11 |

RSUI Indemnity Company
945 East Paces Ferry Road, Suite 1800
Atlanta, GA 30326-1125

ATTN: Susan Smith       404-231-2366
PLEASE REFER TO THE CLAIM NUMBER SHOWN ABOVE ON ALL CORRESPONDENCE OR INQUIRES

| | | | | |
|---|---|---|---|---|
| COMPANY SYMBOL | N | POLICY NUMBER | HD340601 | |
| PAYMENT NUMBER | 150848 | CLAIM NUMBER | 7030007207 00 | 97638 / 07037 |

TO:    **CLAUSEN MILLER**
       **ATTN: COURTNEY MURPHY**
       **ONE CHASE MANHATTAN PLAZA, 39TH FLO**
       **NEW YORK, NY 10005**

(DETACH LOWER PORTION AT PERFORATION)

══════ THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER ══════

RSUI Indemnity Company
945 East Paces Ferry Road, Suite 1800
Atlanta, GA 30326-1125

Bank Of America, N. A.
Atlanta, Georgia

64-1278
61%

**CHECK NUMBER**
**40002995**
CHECK DATE
**10/11/2006**

PAY TO THE ORDER OF    **Maxus Realty Trust & Waverly Acquisition, LL**
**;Arbor Gate Acq,LLC;Freddie Mac its Suc & Ass**
**igns c/o Northmarg Capital, Inc.**

*Three hundred 44 thousand five hundred 57 and 11/100 Dollars*

$**344,557.11

IN PAYMENT FOR    UNDISPUTED/BLDG/BI/KATRINA

AUTHORIZED SIGNATURE

══════ THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW ══════

⑈40002995⑈ ⑆061112788⑆ 329911968⑈