# Exhibit U

Ruggles, Jan

**From:** Cliff Chadwell [cchadwell@flagship-services.com]
**Sent:** Thursday, August 30, 2007 2:26 PM
**To:** Abrams, Michael
**Subject:** FW: Letter & Invoice

---

**From:** Jim Steinle [mailto:JSteinle@maxusprop.com]
**Sent:** Thursday, December 08, 2005 3:59 PM
**To:** Cliff Chadwell
**Subject:** FW: Letter & Invoice

Any luck working on the letter?

---

**From:** Jim Steinle
**Sent:** Tuesday, December 06, 2005 3:37 PM
**To:** 'Cliff Chadwell'
**Subject:** FW: Letter & Invoice

This is whom the letter needs to be addressed to, and the invoice to be made out to. I talked to Rob and if developing the scope took about a week, an invoice for about $4,000 - $5,000 would seem to be in order.

As discussed, the letter should note that the Scope is Wind Damage only and that you took great pains to separate anything that was Flood Damage.

Thanks,

Jim

---

**From:** Rob Thomson
**Sent:** Tuesday, December 06, 2005 3:23 PM
**To:** Jim Steinle
**Subject:** RE: Letter & Invoice

Robert B. Thomson, 4324 Belleview #201, Kansas City, MO. 64111; 816-421-2835

---

**From:** Jim Steinle
**Sent:** Tuesday, December 06, 2005 1:53 PM
**To:** Rob Thomson
**Subject:** Letter & Invoice

Do we want Cliff Chadwell to address the "draft" letter for the Waverly Wind Damage Scope to you as well as the Invoice? If so, I need to have the correct information again to instruct Cliff on how to address it. Thanks.

*Jim Steinle*
*Director of Construction*
*Maxus Properties, Inc.*
Office: 816-877-0817
Fax: 816-221-1829
Cell: 816-805-8292
e-mail: *jsteinle@maxusprop.com*

8/30/2007


Chadwell
EXHIBIT NO. 8

FLAGSHIP00476

8/30/2007

FLAGSHIP00477