# Exhibit V



May 31, 2006

Engle Martin & Associates
c/o Mr. Brian O'Connor
750 Hammond Drive
Building 19
Atlanta, GA 30328

**Re: Maxus Realty Trust, Inc.**
**Waverly Apartments – 100 Waverly, Bay St. Louis, MS**

FCP115002336300
[Policy Number]

TLA-5-5010
[Claim Number]

Dear Mr. O'Connor:

As you are aware, Maxus' Arbor Gate and Waverly Apartment complexes suffered substantial damage from Hurricane Katrina, catastrophe #49. First Specialty has now exhausted available primary coverage in the amount of $2.5 million by payment of the Arbor Gate Apartments claim.

Flagship Reconstructive Services has provided a scope of work solely for the wind damage caused by Hurricane Katrina for the Waverly Apartments. Flagship's estimated value of the damage associated with wind is $6,075,234. With this correspondence, I am enclosing a copy of their scope of work identifying the associated costs. I have also enclosed a copy of the engineer's report dated April 14th, 2006, from Burns & McDonnell assessing and validating the wind related damages.

Waverly is insured for business interruption losses. The insured is requesting the full insurable amount of their business interruption losses.



104 Armour Road ▼ P.O. Box 34729 ▼ North Kansas City, MO 64116
816-303-4500 ▼ FAX 816-221-1829

Engle Martin & Associates
Page 2
May 31, 2006


Should you have any additional questions in regards to this insurance claim, please contact me or our counsel, Stacy Andreas at Lathrop & Gage L.C. We request written confirmation of receipt of this claim report by the carrier, RSUI.

Sincerely,

DeAnn Duffield
Secretary,
Maxus Realty Trust, Inc.



# FLAGSHIP
## THE LEADERS IN RECONSTRUCTION

Robert B. Thomson
4324 Belleview #201
Kansas City, MO 64111

December 16, 2005

Re; Waverly Wind Scope

Dear Mr. Thomson:

At your request, I have prepared the attached scope of work for The Waverly in Bay St. Louis, Mississippi. This scope addresses wind damages only to the properties apartments and considers only 2nd floor units, finishes, and structural repairs. Roof framing, decking, and roofing repairs are also included. The mechanical, electrical, & plumbing repairs or replacement are for 2nd floor units only.
No consideration or cost estimates were given for 1st floor units, floor trusses, sub flooring, light weight concrete or any site work, arguably related to flooding as opposed to wind damage. We have priced repairs as a result of wind damage only and no part of this cost estimate includes flood damage.
We appreciate the opportunity to submit this proposal and look forward to working with you on this project.

Best Regards,

Cliff Chadwell VP
Flagship Services Group

817-258-5225

1111 111TH Street Arlington, Texas 76011 Metro 817-695-1339 Toll Free 888-695-1339

## FLAGSHIP RECONSTRUCTION SERVICES
The Leaders in Reconstruction

### Summary for Wind Damage

| | | | | |
|---|---|---|---|---|
| Line Item Total | | | | 4,884,328.91 |
| Total Adjustments for Base Service Charges | | | | 679.14 |
| Material Sales Tax | @ | 8.250% x | 1,646,625.20 | 135846.58 |
| Subtotal | | | | 5,020,854.63 |
| Overhead | @ | 10.0% x | 5,020,854.63 | 502,085.46 |
| Profit | @ | 10.0% x | 5,522,940.09 | 552,294.01 |
| Replacement Cost Value | | | | 6,075,234.10 |
| Net Claim | | | | 6,075,234.10 |

_____
Cliff Chadwell

WAVERLY-WIND2 05/30/2006 Page: 500

Case 4:06-cv-00750-ODS   Document 76-22   Filed 10/19/07   Page 5 of 6

# FLAGSHIP RECONSTRUCTION SERVICES

The Leaders in Reconstruction

## Recap by Category

| O&P Items | | | Total Dollars | % |
|---|---|---|---:|---:|
| APPLIANCES | | | 105,185.92 | 1.73% |
| CABINETRY | | | 203,002.00 | 3.34% |
| CLEANING | | | 8,000.00 | 0.13% |
| CONCRETE & ASPHALT | | | 12,104.88 | 0.20% |
| GENERAL DEMOLITION | | | 671,270.58 | 11.05% |
| DOORS | | | 233,559.08 | 3.84% |
| DRYWALL | | | 550,026.93 | 9.05% |
| ELECTRICAL | | | 146,227.20 | 2.41% |
| FLOOR COVERING - CARPET | | | 143,514.48 | 2.36% |
| FLOOR COVERING - VINYL | | | 51,038.44 | 0.84% |
| FENCING | | | 6,684.16 | 0.11% |
| FINISH CARPENTRY / TRIMWORK | | | 88,670.52 | 1.46% |
| FINISH HARDWARE | | | 26,997.44 | 0.44% |
| FRAMING & ROUGH CARPENTRY | | | 206,571.33 | 3.40% |
| HEAT, VENT & AIR CONDITIONING | | | 286,008.96 | 4.71% |
| INSULATION | | | 99,233.72 | 1.63% |
| LABOR ONLY | | | 605,700.00 | 9.97% |
| LIGHT FIXTURES | | | 92,445.72 | 1.52% |
| MIRRORS & SHOWER DOORS | | | 11,696.40 | 0.19% |
| PLUMBING | | | 190,403.12 | 3.13% |
| PAINTING | | | 417,795.36 | 6.88% |
| ROOFING | | | 169,921.35 | 2.80% |
| SIDING | | | 224,782.80 | 3.70% |
| SOFFIT, FASCIA, & GUTTER | | | 130,952.00 | 2.16% |
| WINDOW TREATMENT | | | 21,104.20 | 0.35% |
| WATER EXTRACTION & REMEDIATION | | | 181,432.32 | 2.99% |
| Subtotal | | | 4,884,328.91 | 80.40% |
| Base Service Charges | | | 679.14 | 0.01% |
| Material Sales Tax | @ | 8.250% | 135,846.58 | 2.24% |
| Overhead | @ | 10.00% | 502,085.46 | 8.26% |
| Profit | @ | 10.00% | 552,294.01 | 9.09% |
| O&P Items Subtotal | | | 6,075,234.10 | 100.00% |
| Grand Total | | | 6,075,234.10 | |

AVERLY-WIND2      05/30/2006 Page: 501

Case 4:06-cv-00750-ODS   Document 76-22   Filed 10/19/07   Page 6 of 6