# EXHIBIT D

1   MS. MURPHY:
2           It wasn't answered.
3   MR. ABRAMS:
4           Go ahead. Tell her again.
5   THE WITNESS:
6           I am retained and I do what I am
7   told to do. And I am told, the wind got there
8   first. We are going to give up the first
9   floor. The second floor is wind damage.
10  BY MS. MURPHY:
11      Q.   So based upon that approach that
12  the -- what was the ceiling height in the
13  first floor?
14      A.   Eight feet.
15      Q.   So if all the water that
16  inundated the first floor was eight feet and
17  above, then the three feet, the three feet of
18  additional water was all caused by wind?
19      A.   No. It arrived after the wind
20  damage was there.
21      Q.   So if I am to follow you
22  correctly, of the approximate 15 feet of
23  water, only the top three feet or five feet
24  was caused by wind and everything else was
25  flood of that surge?