UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MAXUS REALTY TRUST, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 06-0750-CV-W-ODS ) ) |
| RSUI INDEMNITY COMPANY, | ) ) |
| Defendant. | ) ) |

INDEX OF EXHIBITS TO
PLAINTIFF MAXUS REALTY TRUST, INC.'S
SUGGESTIONS IN OPPOSITION TO DEFENDANT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

EXHIBIT 1   Excerpts from Deposition of Michael P. McRobert taken 07/31/07

EXHIBIT 2   Excerpts from Deposition of Timothy E. Presko taken 10/05/07

EXHIBIT 3   Report of Dr. Pat Fitzpatrick

EXHIBIT 4   Excerpts from Deposition of Jonathan W. Milton taken 10/11/07

EXHIBIT 5   Excerpts from Deposition of David Dye taken 09/18/07

EXHIBIT 6   Report of David Dye

EXHIBIT 7   Milton Photographs

EXHIBIT 8   Excerpts from Deposition of Albert Paxton taken 10/12/07

EXHIBIT 9   Paxton Photographs

EXHIBIT 10  Excerpts from Deposition of Susan Smith taken 08/06/07

EXHIBIT 11  Report of Burns & McDonnell

CC 1955917v1