# EXHIBIT B

1   IN THE UNITED STATES DISTRICT COURT
    FOR THE WESTERN DISTRICT OF MISSOURI

2

3

4

MAXUS REALTY TRUST, INC.,  )

5                     )

       Plaintiff,       )

6                     )

      vs.             )Case No. 06-0750-CV-W-ODS

7                     )

    RSUI INDEMNITY COMPANY   )

8                     )

       Defendant.       )

9

10

11

12      VIDEOTAPE DEPOSITION OF

13        JOHN W. ALVEY

14   TAKEN ON BEHALF OF THE DEFENDANT

15      SEPTEMBER 20, 2007

16

17

18

19

20

21

22

23

24

25

Case 4:06-cv-00750-ODS   Document 122-2   Filed 04/10/08   Page 2 of 3

1      MR. ABRAMS:  You -- go ahead.

2   A.   That's what it says.

3   Q.   (By Mr. Group)  Okay.  Now, going back to McRobert

4        Exhibit 5, I know earlier you testified that you

5        felt that the replacement cost value for Location

6        No. 18, which is the Waverly Apartments, is in --

7        inaccurate.  What is the basis for your reason to

8        believe that the figure is inaccurate?

9   A.   Again, I go back to what we've since learned of

10       what it would cost to repair since the event.

11  Q.   And you got that information from Mr. McRobert,

12       correct?

13  A.   That and I believe the outside people that looked

14       at the property.

15  Q.   Who does that include?

16  A.   I -- Flagship I guess.  I wasn't really involved

17       in that part of it.

18  Q.   Do you have any understanding as to how much the

19       Flagship -- excuse me, strike that.

20            Did Flagship ever provide an estimate for

21       the damage to the Waverly?

22  A.   I don't know.  I -- it didn't -- I don't think

23       I've seen it.  In my course of work, I wouldn't.

24       Mr. McRobert was handling it and I didn't need to

25       step in.