# EXHIBIT E

```
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF MISSOURI
 2
 3
 4
     MAXUS REALTY TRUST, INC.,    )
 5                                )
         Plaintiff,               )
 6                                )
         vs.                      ) Case No. 06-0750-CV-W-ODS
 7                                )
     RSUI INDEMNITY COMPANY       )
 8                                )
         Defendant.               )
 9
10
11
12                DEPOSITION OF
13                  DeANN TOTTA
14   TAKEN ON BEHALF OF THE DEFENDANT
15                JULY 30, 2007
16
17
18
19
20
21
22
23
24
25
```

1      had incurred by the hurricane.
2  Q.  (By Ms. Murphy) Was that amount in excess of six
3      million, was that based on any documentation?
4  A.  Yes.
5  Q.  Would that have been the Flagship estimate issued
6      in December of 2005?
7  A.  That's correct.
8  Q.  Would it be fair to say that Flagship was hired by
9      MPI to prepare an estimate estimating the costs of
10     the value -- rather -- strike that.
11         Would it be fair to say that Flagship was
12     hired to prepare an estimate estimating the amount
13     of damage sustained by Waverly?
14 A.  They were hired by counsel to give some sort of
15     representation as to the actual cost of the
16     damage.
17 Q.  Would it be fair to say that the estimate
18     concluded by Flagship was used in connection with
19     the insurance claim presented to the companies for
20     payment?
21 A.  Yes, that is correct.
22 Q.  In other words, it is MPI's position that payments
23     in excess of $6,000,000 should have been made
24     based upon Flagship's estimates; would that be
25     fair to say?

1  was sustained whether by video, witness or
2  otherwise, was there water damage to the property?
3         MR. ABRAMS:  Can you restate -- read back
4  that question.
5         (The last question was read by the
6  reporter.)
7         MR. ABRAMS:  I'm going to object as --
8  well, I'll object that it calls for speculation,
9  but go ahead.
10              You can answer.
11  Q.  (By Ms. Murphy)  If you don't know, you don't
12      know.
13  A.  Yeah, I don't know.
14  Q.  So you don't know how much, if any, of the damage
15      was caused by wind?
16  A.  No.  The report that we received from Flagship
17      dated in May of 2006 in which we referred to
18      earlier was wind damage.
19  Q.  To your knowledge, did the Flagship report
20      contain -- strike that.
21              To your knowledge, was the Flagship
22      report an estimate of all loss and damage
23      sustained by Waverly?
24  A.  No.
25  Q.  Did it carve out the specific type of damage

```
 1              caused by a specific cause whether it be wind,
 2              flood or something else?
 3       A.     Specifically wind damage to the property.
 4       Q.     And do you know whether the Flagship estimate
 5              carved out the damage by floor of the buildings,
 6              by location or something else?
 7       A.     I believe so, yes.
 8       Q.     And what's the basis for your understanding as to
 9              how Flagship prepared the estimate and divided the
10              damage?
11       A.     I do not -- I understand that through counsel
12              Flagship was hired to come up with an estimate for
13              wind damage to the property above a certain floor
14              line.  That was supposedly to be for settlement
15              purposes only back in the earlier onset of the
16              claim.  How they derived at those numbers for
17              those -- for the wind damage that occurred from
18              that floor line, I don't know.
19       Q.     When we say the floor line, are you meaning the
20              floor that separates the first floor from the
21              second floor or are you referring to a water line?
22       A.     Correct, second floor.
23       Q.     The second floor?
24       A.     Uh-huh.
25       Q.     Is it your understanding that Flagship was told to
```