# EXHIBIT D

```
1   IN THE UNITED STATES DISTRICT COURT
    FOR THE WESTERN DISTRICT OF MISSOURI
2
3                                              COPY
4
    MAXUS REALTY TRUST, INC., )
5                             )
         Plaintiff,           )
6                             )
         vs.                  ) Case No. 06-0750-CV-W-ODS
7                             )
    RSUI INDEMNITY COMPANY    )
8                             )
         Defendant.           )
9
10
11
12            DEPOSITION OF
13          MICHAEL P. McROBERT
14   TAKEN ON BEHALF OF THE DEFENDANT
15            JULY 31, 2007
16
17
18
19
20
21
22
23
24
25
```

1  personal effects of the tenants out of the
2  property after the loss?
3  A. No.
4  Q. What steps, if any, did MPI take in connection
5     with the property after the loss preserving
6     emergency repairs and things of that sort?
7  A. None.
8  Q. Would it be fair to say that as of now there has
9     been no rebuilding, repairing or replacement of
10    the subject property?
11 A. Yes.
12 Q. Was there a fence installed in or around the
13    property?
14 A. Yes.
15 Q. When was that performed?
16 A. Approaching a year ago.
17 Q. Can you tell me why that was done?
18 A. We had a conversation with the police down there
19    and they just asked us to block the entrance to
20    the property. They were having some issues with
21    people in and out of the area.
22 Q. To your knowledge, did you have any squatters,
23    people that were just taking up residence in the
24    houses?
25 A. Not to my knowledge.